PROB 12C
(7/93)

Report Date: November 21, 2013

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandy Mueller | Case Number: 0980 2:11CR00100-005

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 8, 2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 and 2 | |
| Original Sentence: | Prison - 366 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: January 18, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 17, 2016 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number — Nature of Noncompliance

1 **Standard Condition # 2**: The offender shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Brandy Mueller reported to the probation office on October 9, 2013, to submit her monthly supervision report after transferring to Spokane, Washington, from Richland, Washington, in September 2013. Ms. Mueller has not submitted a monthly supervision report during the month of November 2013. Ms. Mueller came to Spokane from Richland, Washington, and moved in with her aunt, Cathy McNeely. Ms. McNeely was contacted November 21, 2013, and indicated she has not seen Ms. Mueller since the first part of October 2013. The whereabouts of Ms. Mueller are currently unknown.

2 **Standard Condition # 5**: The offender shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: Brandy Mueller was court ordered to find employment. On October 9, 2013, Ms. Mueller was directed to contact Career Path Services and Vocational Rehabilitation for assistance with employment. There has been no contact with Ms. Mueller since that time. Ms. Mueller is no longer residing with her aunt, Cathy McNeely. Ms. McNeely indicates Ms. Mueller has occasionally stopped by the residence, but has not been living there since she first came to Spokane. Ms. McNeely states Ms. Mueller would stay

at the residence for a few days, and then be gone for several weeks. Ms. McNeely has not seen Ms. Mueller since the first part of October.

3 **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: The probation office attempted to contact Ms. Mueller on several occasions using the telephone number she supplied to the office. Ms. Mueller has not returned any of the telephone calls. Subsequently, the probation office contacted Ms. Mueller's aunt, Cathy McNeely, who indicated Ms. Mueller has not been living at the residence since the first part of October, and that she occasionally has stopped by the residence, and has been intoxicated when she was there.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/21/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

November 22, 2013

Date