PROB 12C
(7/93)

Report Date:  May 13, 2014

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 13, 2014

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandy Mueller                Case Number: 0980 2:11CR00100-FVS-5

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 8, 2012

Original Offense:        Manufacture of Counterfeit Currency, 18 U.S.C. § 471 and 2

Original Sentence:       Prison 366 days;                Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Earl A. Hicks                  Date Supervision Commenced: January 18, 2013

Defense Attorney:        Federal Defenders Office       Date Supervision Expires: January 17, 2016

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On February 24, 2014, Ms. Mueller was court ordered to participate in residential drug treatment.  On April 24, 2014, Ms. Mueller was admitted into inpatient treatment at Spokane Addiction Recovery Center.  On May 12, 2014, the U.S. Probation Office received notice that Ms. Mueller had absconded from treatment while they were attempting to have her provide a urinalysis test.  The treatment center had received information that Ms. Mueller, and another individual, had used methamphetamine which had been brought  into the facility.  Ms. Mueller was walking to the testing facility with a staff member and advised she would not submit a urinalysis test as directed.  The offender then took off running, and absconded from the facility.  Her whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2014
_____

s/Anne L. Sauther
_____

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✔]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle
_____

Signature of Judicial Officer

5/13/14
_____

Date