PROB 12C
(7/93)

Report Date: April 17, 2015

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 0 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Brandy Mueller          Case Number: 0980 2:11CR00100-WFN-5

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 8, 2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 and 2 | |
| Original Sentence: | Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: September 25, 2014 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: February 24, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On April 17, 2015, Brandy Mueller was directed by the undersigned officer to return to her residence; however, she failed to report to her residence as directed. |
| 2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: Upon discharge from the Port of Hope Residential Reentry Center on February 24, 2015, Ms. Mueller quit going to her job at the Coeur d' Alene Casino. She has since failed to maintain employment. |
| 3 | **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.<br><br>**Supporting Evidence**: On April 17, 2015, Brandy Mueller reported to the U.S. Probation Office at 8 a.m.. She was directed to return to her residence to allow the undersigned officer |

Prob12C
**Re: Mueller, Brandy**
**April 17, 2015**
**Page 2**

to conduct a home inspection. Her residence is 1 mile from the U.S. Probation Office. After her failure to report to her residence, she was contacted via telephone and again directed to report to her residence. She advised at that time, "my dad would need to take care of this," and hung up the phone. Multiple attempts were made to contact her following her hanging up on the undersigned officer, and she would not answer her phone. At the time of this report, Ms. Mueller's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/17/2015

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

4/20/15
Date