PROB 12C
(7/93)

Report Date: May 20, 2015

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 20 ...

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Brandy Mueller         Case Number: 0980 2:11CR00100-WFN-5

Address of Offender: unknown

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 8, 2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 and 2 | |
| Original Sentence: | Prison 366 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: September 25, 2014 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: February 24, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

      **Supporting Evidence**: On May 18, 2015, Brandy Mueller was released from custody, and was directed to report to inpatient substance abuse treatment. However, she failed to report, and her whereabouts are unknown. To date, she has failed to report the location of her current residence.

2     **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

      **Supporting Evidence**: Brandy Mueller has failed to report where she is residing. Subsequently, she is prohibiting the probation office from conducting home contacts.

3     **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.

You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Brandy Mueller was scheduled to report to Thunderbird Inpatient Treatment Center in Seattle, Washington, on May 19, 2015. Brandy Mueller failed to report to inpatient treatment as scheduled, and her current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/20/2015

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/20/15

Date